O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONNIE O. BROWN, | ) | Case No. CV 11-5415-CAS (DTB) |
| Plaintiff, | ) | |
| vs. | ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| R. HOOPS, ET. AL | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that defendants' Motion to Dismiss is granted without leave to amend as to plaintiff's unexhausted claims based on the denial of religious freedom; plaintiff's removal from the hospital due to his labeling as a problem inmate; inhumane living conditions at the detention center; and the doctor's premature release of plaintiff from his care; that defendants' Motion to Dismiss is

granted with leave to amend as to plaintiff's claim against defendant Hoops based on the use of mechanical restraints that resulted in harm and his claim against Hoops based on the excessive use of force during arrest; that defendants' Motion to Dismiss plaintiff's claim based on the use of excessive force during arrest against Lastra and McChristian and his claim based on discrimination in the investigation of his complaint is denied; and that if plaintiff decides to proceed, he is ordered to file a Second Amended Complaint remedying the deficiencies discussed in the Report and Recommendation within thirty (30) days of the date of this Order.

Dated: August 17, 2012

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE