1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

11  RONNIE O. BROWN,                    )  Case No. CV 11-5415-CAS (DTB)
12                     Plaintiff,       )
                 vs.                    )  ORDER TO SHOW CAUSE WHY
13                                      )  PLAINTIFF SHOULD NOT BE
    R. HOOPS, et al.,                   )  DECLARED A VEXATIOUS
14                                      )  LITIGANT
                     Defendants.        )
15                                      )
16  _____ )

17       The Court issues this Order in response to plaintiff's repeated, frivolous, and

18  unsubstantiated motions requesting similar relief, and based on defendants'

19  Opposition to plaintiff's "Motion to Compell [sic] the Defendants to Answer

20  Interrogatories [sic], Request for Admissions and to Produce Documents and for an

21  Award of Sanctions in the Amount of $2000" ("Motion to Compel") [Dkt. # 153] and

22  defendants' "Motion for Terminating Sanctions and/or in the Alternative Motion to

23  Compel Plaintiff to Answer Interrogatories and to Produce Documents and for

24  Sanctions in the Amount of $1750" ("Motion for Terminating Sanctions") [Dkt. #

25  191]. Over the past 18 years, plaintiff has filed in excess of 60 actions in the Central

26  District of California, and has filed approximately 40 motions in this action alone,

27  largely requesting the same or similar relief. Additionally, plaintiff made material

28  misrepresentations to the Court in his Motion to Compel filed on February 28, 2013.

1  As such, the Court hereby orders plaintiff to show cause as to why he should not be

2  declared a vexatious litigant pursuant to the Local Rules.

3

4                         **PROCEDURAL HISTORY**

5        Since 1994, plaintiff has filed 70 actions in this District, at least 29 of which

6  were closed after plaintiff's request for leave to file the action without prepayment

7  of the full filing fee was denied, at least four of which were closed after his request

8  for *in forma pauperis* status was revoked, and at least four of which were dismissed

9  for failure to prosecute.[1]  On July 8, 2011, plaintiff initiated the instant action in this

10

11  _____

    [1]        Plaintiff has apparently used different names in these actions, including
12  "Ronnie Brown," "Ronnie O. Brown," "Ronnie O'Neal Brown," Rodney Brown,"
13  "Ronson Brown," and various iterations thereof.  However, despite the different
    names, certain identifying criteria is identical in these cases, including
14        (1) plaintiff's booking number of K-89434 while incarcerated at the California
15  Institution for Men in Chino, California (compare, e.g., the action styled Ronnie O.
    Brown v. Dept. Adult Parole Operations, et al.; Case No. 5:08-cv-00011-UA-JWJ
16  with the action styled Ronnie Brown v. California Department of Corrections, et al.;
17  Case No. 2:08-cv-04379-UA-JWJ) (see Exhibit C at 1, 6);
          (2) plaintiff's booking number of 1102340724 while incarcerated at the West
18  Valley Detention Center ("WVDC") (compare, e.g., the instant action filed by Ronnie
19  O. Brown with the action styled Ronnie Brown v. Rod Hoops; Case No.
    5:11-cv-01097-CAS-DTB and the action styled Ronson Brown aka Ronnie Brown
20  v. Rod Hoops; Case No. 5:11-cv-01204-CAS-DTB) (see Exhibit C at 17, 18, 19); and
21        (3) plaintiff's booking number of 3297631 while in custody at the Los Angeles
    Men's County Jail (compare, e.g., the action styled Rodney Brown v. LA County
22  Counsel, et al.; Case No. 2:13-cv-00154-PA-VBK with the instant action which was
23  filed while incarcerated at WVDC using booking number 1102340724 wherein
    plaintiff submitted a change of address using booking number 3297631) (see Exhibit
24  C at 28, 29).  The Court hereby takes judicial notice of the filings in these actions,
25  as well as plaintiff's identifying information in official records, such as his booking
    number.  The Court may take judicial notice of the existence of court filings and
26  another court's orders.  See Holder v. Holder, 305 F.3d 854, 866 (9th Cir. 2002)
27                                                             (continued...)
28

                                    2

Court with his Complaint alleging, *inter alia*, violations of his Eighth and Fourteenth Amendment rights.

Since the filing of the original Complaint in this action, plaintiff has filed approximately 40 motions, many of which request multiple forms of relief and are groundless. Additionally, most of the motions seek the same or similar relief previously sought and denied, such as at least five requests for the appointment of counsel and eight vague requests for access to various resources, each of which were largely unsupported by fact or law. Other motions, such as his "Motion for Court to Allow a U.S. Attorney, Attorney General, Federal Brueau [sic] of Investigation or the Office of San Bernardino County District of Attorney Investigate and Document Citizens Complaint of Great Bodily Injury/Meyhem [sic] Suffered by the Plaintiff as Result of Outrageos [sic] Police Condut [sic]," are unclear and virtually unintelligible.

On February 28, 2013, plaintiff filed a Motion to Compel, wherein plaintiff sought responses to the following discovery he had propounded on defendants:

- Plaintiff's Request for Production of Documents ("RFP") to defendant Lastra (Set One) served on December 24, 2012;

- Plaintiff's Interrogatory Requests ("Interrogatories") to defendant McChristian (Set One) served on December 24, 2012;

- Plaintiff's Interrogatories to defendant Williams (Set One) served on December 24, 2012;

/ / /

---

[1](...continued)
(taking judicial notice of opinion and briefs filed in another proceeding); United States ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc., 971 F.2d 244, 248 (9th Cir. 1992) (courts "may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue" (citation omitted)).

3

- Plaintiff's Interrogatories to defendant Lastra (Set One) served on December 24, 2012; and
- Plaintiff's Requests for Admissions ("RFA") to defendant Lastra (Set One) served on December 24, 2012.

Plaintiff contended that defendants did not respond to any of the above discovery requests and ignored plaintiff's meet and confer efforts. Defendants disputed plaintiff's contentions, arguing that they responded to each of plaintiff's discovery requests, and that plaintiff failed to meet and confer. Most troubling, however, was that defendants presented evidence that plaintiff had affirmatively misrepresented the dates upon which he served the discovery. Based on a review of the documents defendants attached to their Opposition, as well as defendants' supporting declaration, it appeared to the Court that plaintiff had, indeed, materially misrepresented the dates upon which he had propounded the discovery at issue, and in fact, it appears he affirmatively removed the original dates and replaced them with earlier dates.

Further, on February 12, 2013, defendants filed a "Motion to Compel Plaintiff to Answer Interrogatories and to Produce Documents and for an Award of Sanctions in the Amount of $600" ("Def. Motion to Compel") [Dkt. # 137] arguing that plaintiff had failed to respond to any of defendants' interrogatory or document requests. On February 22, 2013, the Court ordered defendants to re-serve the discovery requests, due to changes in plaintiff's address, in order to allow plaintiff an opportunity to respond. Thereafter, defendants re-served the discovery requests, and engaged in further meet and confer efforts regarding responses. On May 20, 2013, defendants filed the Motion for Terminating Sanctions, indicating that, to date, plaintiff still has not responded to any of defendants' written discovery.

///

///

4

**DISCUSSION**

Under the All Writs Act, federal courts have the power to "issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law." 28 U.S.C. § 1651(a). The Ninth Circuit has observed there is strong precedent for courts using that power to "regulate the activities of abusive litigants by imposing carefully tailored restrictions under the appropriate circumstances." De Long v. Hennessey, 912 F.2d 1144, 1147 (9th Cir. 1990) (citation omitted).

Additionally, Central District of California, Local Rule 83-8.1 provides:

> It is the policy of the Court to discourage vexatious litigation and to provide persons who are subjected to vexatious litigation with security against the costs of defending against such litigation and appropriate orders to control such litigation. It is the intent of this rule to augment the inherent power of the Court to control vexatious litigation and nothing in this rule shall be construed to limit the Court's inherent power in that regard.

Where a litigant has "abused the Court's process and is likely to continue such abuse," the Court may (1) "order a party to give security . . . to secure the payment of any costs, sanctions or other amounts which may be awarded against a vexatious litigant"; or (2) "make such other orders as are appropriate to control the conduct of the vexatious litigation." Local Rules, 83-8.2, 83-8.3. "Such orders may include, without limitation, a directive to the Clerk not to accept further filings from the litigant without payment of normal filing fees and/or without written authorization from a judge of the Court or a Magistrate Judge, issued upon such showing of the evidence supporting the claim as the judge may require." Local Rule 83-8.2.

///

///

5

1    Although pre-filing restrictions should be used sparingly, litigants with
2  abusive, lengthy, and frivolous litigation histories may be enjoined from bringing
3  further frivolous litigation.  See De Long, 912 F.2d at 1147; see also Molski v.
4  Evergreen Dynasty Corp., 500 F.3d 1047, 1057 (9th Cir. 2007) (per curiam).  A court
5  should enter a pre-filing order restriction "only after a cautious review of the pertinent
6  circumstances."  Molski, 500 F.3d at 1057.  Before entering a pre-filing order, the
7  Court must determine (1) plaintiff is given adequate notice and an opportunity to be
8  heard; (2) the court must provide an adequate record for review, including a listing
9  of all the cases and motions that led the court to conclude that a vexatious litigant
10 order was needed; (3) the court must make substantive findings as to the frivolous or
11 harassing nature of the litigant's actions; and (4) the court order must be narrowly
12 tailored.  De Long, 912 F.2d at 1147-48; Molski, 500 F.3d at 1057.
13    In the present case, plaintiff's filing of approximately 40 motions, many of
14 which raised similar, unsubstantiated allegations, and requested the same or similar
15 relief, exhibits a disregard for the Court's rulings and an intent to harass the
16 defendants and the Court.  (See Exhibit "A".)  Additionally, plaintiff has filed 70
17 actions in this District since 1994.  (See Exhibit "B".)  Based on the records currently
18 available to the Court, it appears plaintiff has not prevailed on any of these actions.
19 The Court concludes that plaintiff has abused the Court's process and is likely to
20 continue abusing the system unless protective measures are taken.  As such, within
21 twenty (20) days of this Order, plaintiff is ORDERED to explain why he should not
22 be declared a vexatious litigant, barring him from filing pro se complaints without
23 prior court consent and the posting of a bond, and subjecting him to a pre-filing order
24 in this action.  Plaintiff should explain to the Court the justification for filing
25 repetitive and largely frivolous motions in light of the factors referenced above, and
26 ///
27 ///
28 ///

6

should also address the apparent misrepresentation to the Court regarding the dates upon which plaintiff allegedly served discovery on defendants.  Plaintiff's mere disagreement with the Court's rulings is not sufficient.

DATED: July 23, 2013

THE HONORABLE DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

# EXHIBIT "A"

## Motions Filed by Plaintiff in the Instant Action

|   | Date Motion Filed | Docket No. | Motion for/to: |
|---|---|---|---|
| 1 | 08/12/11 | 14 | Appointment of Counsel |
| 2 | 08/12/11 | 15 | Access to Law Library |
| 3 | 08/12/11 | 16 | Access to Resources |
| 4 | 08/12/11 | 17 | Access to Resources |
| 5 | 08/23/11 | 20 | Investigator |
| 6 | 08/23/11 | 21 | Protective Order |
| 7 | 08/30/11 | 24 | Access to Law Library |
| 8 | 08/30/11 | 25 | Compliance with Physician's Order for Treatment |
| 9 | 10/13/11 | 32 | Default Judgment |
| 10 | 04/24/12 | 71 | Appointment of Counsel |
| 11 | 05/16/12 | 80 | Compel Discovery |
| 12 | 06/05/12 | 85 | Protective Order |
| 13 | 11/07/12 | 105 | Copy of Local Rules |
| 14 | 01/31/13 | 129 | Order Permitting Plaintiff to Use Interview Room for Discovery |
| 15 | 01/31/13 | 130 | Appointment of Private Investigator and Expert to Review Medical Records and Prepare Report |
| 16 | 01/31/13 | 131 | Copy of Local Rules; Access to Law Library; Appointment of Counsel |
| 17 | 02/11/13 | 142 | Compel Discovery |
| 18 | 02/28/13 | 153 | Compel Discovery |
| 19 | 02/28/13 | 156 | Legal Assistance; Access to Law Library |
| 20 | 03/07/13 | 148 | Order for Jail Medical to Determine Plaintiff's Ability to Represent Himself |
| 21 | 03/07/13 | 149 | Order Directing Sheriff to Provide Legal Materials to Plaintiff |
| 22 | 03/07/13 | 150 | District Judge's Review of Prejudice of Magistrate Judge |

| 23 | 04/05/13 | 184 | Reasonable ADA Accommodations |
| 24 | 04/05/13 | 185 | Order Restricting Defendants' Counsel from Discussing the Case |
| 25 | 04/08/13 | 162 | Strike Plaintiff's Deposition Testimony |
| 26 | 04/08/13 | 163 | Leave to Allow Discovery by a Written Deposition |
| 27 | 04/15/13 | 167 | Requiring Defendants to Serve Large Print Upon Plaintiff |
| 28 | 04/15/13 | 168 | Outside Examination by an Optomologist |
| 29 | 04/15/13 | 170 | Protective Order |
| 30 | 05/06/13 | 180 | Pro Se Status |
| 31 | 05/06/13 | 181 | Leave to Allow Deposition Questions as Interrogatories |
| 32 | 05/23/13 | 192 | Disqualification of Magistrate Judge |
| 33 | 06/03/13 | 199 | Extend Discovery Cut-off |
| 34 | 06/03/13 | 200 | Unredacted Copy of Police Report |
| 35 | 06/03/13 | 204 | Reconsideration of Denial of Motion for Outside Examination by an Optomologist |
| 36 | 06/03/13 | 208 | Extend the Limit of Interrogatories |
| 37 | 06/17/13 | 216 | Compel Discovery |
| 38 | 06/17/13 | 217 | Reconsideration of Motion to Strike |
| 39 | 06/24/13 | 222 | Ruling on ADA Accommodations |
| 40 | 06/27/13 | 221 | Enlargement of Time to Respond to Defendants' Motion re Terminating Sanctions |

# EXHIBIT "B"

| | Date Filed | Case No. | Case Title | Reason for Termination of Action |
|---|---|---|---|---|
| 1 | 05/12/94 | 2:94-cv-03133-RMT-CT | Rodney O Brown v. Jackie Waltman, et al | Judgment entered dismissing the action without prejudice |
| 2 | 12/08/94 | 2:94-cv-08255-DT-SH | Rodney O Brown v. Pasadena Police Dept, et al | Judgment entered dismissing the action without prejudice |
| 3 | 09/06/95 | 2:95-cv-05961-DT-SH | Ronnie O Brown v. L Weteck, et al | Judgment entered dismissing the action without prejudice |
| 4 | 10/28/98 | 2:98-cv-08735-UA | Brown v. Lancaster City of, et al | In Forma Pauperis denied |
| 5 | 01/22/99 | 2:99-cv-00605-WDK-JWJ | Ronnie O'Neal Brown v. Cheryl K Pliler, et al | First Amended Petition denied, action dismissed with prejudice |
| 6 | 02/10/00 | 2:00-cv-01478-SVW-JWJ | Ronnie O Brown v. Gail Lewis, et al | Petition denied, action dismissed with prejudice |
| 7 | 08/20/02 | 2:02-cv-06499-HLH-JWJ | Ronnie Brown v. John Doe, et al | Judgment entered dismissing the action without prejudice |
| 8 | 09/16/02 | 2:02-cv-07222-HLH-JWJ | Rodney Brown, et al v. John Doe, et al | Motion to Dismiss granted |
| 9 | 10/23/02 | 2:02-cv-08180-CAS-JWJ | Ronnie O Brown v. Claude Finn | Judgment entered dismissing the action without prejudice |
| 10 | 10/31/02 | 2:02-cv-08408-UA-JWJ | Ronnie Brown v. Pasadena City of, et al | In Forma Pauperis denied |
| 11 | 11/15/02 | 2:02-cv-08750-HLH-JWJ | Ronnie Brown v. Barstow City of, et al | Judgment entered dismissing the action without prejudice |
| 12 | 06/27/03 | 2:03-cv-04634-AHS-E | Ronnie Brown Sr v. Lee Baca, et al | Petition denied and dismissed without prejudice |

| 13 | 06/30/03 | 2:03-cv-04654-UA-SGL | Ronnie Brown v. LA Cnty Jail Dept of, et al | In Forma Pauperis denied |
| 14 | 07/01/03 | 2:03-cv-04688-LGB -JWJ | Ronnie Brown Sr v. L Baca, et al | Judgment entered dismissing the entire action without prejudice |
| 15 | 09/04/03 | 2:03-cv-06319-VAP -JWJ | Ronnie Brown Sr v. Dir of Corrections, et al | Judgment entered denying the First Amended Petition and dismissing the action with prejudice |
| 16 | 12/23/03 | 2:03-cv-09420-NM -JWJ | Ronnie Brown v. Gail Frarer, et al | Action dismissed without prejudice |
| 17 | 03/31/05 | 5:05-cv-00267-PA -JWJ | Ronnie Brown v. People of the State of California et al | Petition dismissed without prejudice |
| 18 | 04/05/05 | 5:05-cv-00293-UA -JWJ | Brown v. City of Victorville et al | In Forma Pauperis denied |
| 19 | 06/15/05 | 5:05-cv-00525-CAS -JWJ | Ronnie O'neill Brown v. San Bernardino County Sheriffs Dept et al | Action dismissed without prejudice |
| 20 | 08/10/05 | 5:05-cv-00744-CAS -JWJ | Ronnie ONeill Brown v. Gary Penrod | Petition dismissed with prejudice |
| 21 | 08/10/05 | 5:05-cv-00746-CAS -JWJ | Ronnie Brown v. D Phelps et al | Judgment entered dismissing the Complaint without prejudice |
| 22 | 08/18/06 | 2:06-cv-05221-UA -JWJ | Brown v. Phillips et al | In Forma Pauperis denied |
| 23 | 09/12/06 | 2:06-cv-05744-UA -JWJ | Ronnie Brown v. California State of et al | In Forma Pauperis denied |
| 24 | 09/14/06 | 5:06-cv-01008-UA -JWJ | Ronnie O Brown v. City of Rancho Cucamonga | In Forma Pauperis denied |
| 25 | 09/26/09 | 5:06-cv-01060-UA -JWJ | Ronnie ONiell Brown v. The County of San Bernardino Sheriff Department | In Forma Pauperis denied |
| 26 | 12/27/06 | 5:06-cv-01419-CAS -JWJ | Ronnie Brown v. State of California Director of Collections | Judgment entered denying the Petition and dismissing the action without prejudice |

| 27 | 04/10/07 | 5:07-cv-00414-UA -JWJ | Ronnie O Brown v. Gary S Penrod et al | In Forma Pauperis denied |
| 28 | 02/03/07 | 2:07-cv-00819-CAS -DTB | Ronnie ONeal Brown v. Leroy Baca et al | Motion to Dismiss granted; Judgment entered dismissing the action without leave to amend and with prejudice |
| 29 | 03/08/07 | 2:07-cv-01525-CAS -JWJ | Ronnie O Brown v. California State of et al | Motion to Dismiss granted; Judgment entered dismissing the Petition without prejudice |
| 30 | 03/08/07 | 2:07-cv-01529-CAS -JWJ | Ronnie O Brown v. People of the State of California et al | Judgment dismissing the Petition without prejudice as unexhausted |
| 31 | 12/07/07 | 5:07-cv-01628-PA -JWJ | Ronnie Brown v. People State of California et al | Petition dismissed without prejudice |
| 32 | 12/07/07 | 5:07-cv-01631-UA -JWJ | Ronnie O Brown v. Jassmyn Sanchez et al | In Forma Pauperis denied |
| 33 | 12/13/07 | 5:07-cv-01648-UA -JWJ | Ronnie Brown et al v. San Bernardino County Sheriff Dept et al | In Forma Pauperis denied |
| 34 | 01/07/08 | 5:08-cv-00011-UA -JWJ | Ronnie O Brown v. Dept Adult Parole Operations et al | In Forma Pauperis denied |
| 35 | 01/07/08 | 5:08-cv-00013-UA -JWJ | Ronnie O Brown v. The California Dept of Corrections et al | In Forma Pauperis denied |
| 36 | 01/07/08 | 5:08-cv-00014-UA -JWJ | Ronnie O Brown v. The City of Victorville et al | In Forma Pauperis denied |
| 37 | 01/18/08 | 5:08-cv-00065-CAS -DTB | Ronnie O. Brown v. State of California Dept of Corrections et al | Judgment entered dismissing the action without prejudice for failure to prosecute |
| 38 | 01/28/08 | 5:08-cv-00105-UA -JWJ | Ronnie O Brown v. San Bernardino County Sheriff et al | In Forma Pauperis denied |
| 39 | 02/27/08 | 5:08-cv-00271-UA -JWJ | Ronnie O Brown v. Marcia M Taylor et al | In Forma Pauperis denied |

| 40 | 07/02/08 | 2:08-cv-04379-UA -JWJ | Ronnie Brown v. California Department of Corrections et al | In Forma Pauperis denied |
| 41 | 08/01/08 | 5:08-cv-01032-UA -JWJ | Ronnie O Brown v. San Bernardino County Sheriff Dept et al | In Forma Pauperis denied |
| 42 | 08/15/08 | 2:08-cv-05362-CAS -JWJ | Ronnie O. Brown v. Lee Baca et al | Judgment entered dismissing the action without prejudice |
| 43 | 08/27/08 | 5:08-cv-01144-UA -JWJ | Ronnie O Brown et al v. County of San Bernardino Alternative Defense Panel et al | In Forma Pauperis denied |
| 44 | 08/27/08 | 5:08-cv-01156-CAS -DTB | Ronnie Brown v. County of San Bernardino Sheriff Dept et al | Judgment entered dismissing the action without prejudice for failure to prosecute |
| 45 | 08/27/08 | 5:08-cv-01157-UA -JWJ | Ronnie O. Brown v. San Bernardino County et al | In Forma Pauperis denied |
| 46 | 09/19/08 | 5:08-cv-01295-UA -JWJ | Ronnie Brown v. Branden Woods | In Forma Pauperis denied |
| 47 | 09/25/08 | 2:08-cv-06311-UA -JWJ | Ronnie O. Brown v. Lee Baca et al | In Forma Pauperis denied |
| 48 | 10/07/08 | 2:08-cv-06608-UA -JWJ | Ronnie O. Brown v. Suzann Hubbard et al | In Forma Pauperis denied |
| 49 | 10/10/08 | 2:08-cv-06664-CAS -DTB | Ronnie O'Neal Brown v. County of Los Angeles et al | Judgment entered dismissing the action without prejudice for failure to prosecute |
| 50 | 11/18/08 | 5:08-cv-01672-CAS -DTB | Ronnie O Brown v. Jassmyn Sanchez et al | Judgment entered dismissing the action with prejudice for failure to prosecute |
| 51 | 12/18/08 | 5:08-cv-01878-UA -JWJ | Ronnie O Brown v. San Bernardino County et al | In Forma Pauperis denied |
| 52 | 01/15/09 | 5:09-cv-00099-UA -JWJ | Ronnie O. Brown v. San Bernadino County et al | In Forma Pauperis denied |
| 53 | 02/04/09 | 5:09-cv-00235-UA -JWJ | Ronnie O. Brown v. L. Taylor et al | In Forma Pauperis denied |

| 54 | 06/29/11 | 2:11-cv-05415-CAS -DTB | Ronnie O. Brown v. Rod Hoops et al | matter pending |
|---|---|---|---|---|
| 55 | 07/13/11 | 5:11-cv-01097-CAS -DTB | Ronnie Brown v. Rod Hoops | Order Summarily Dismissing Action |
| 56 | 07/29/11 | 5:11-cv-01204-CAS -DTB | Ronsan Brown v. Rod Hoops | Order Summarily Dismissing Action |
| 57 | 08/09/11 | 5:11-cv-01268-CAS -DTB | Ronnie Brown v. Lynn Poncin et al | In Forma Pauperis revoked |
| 58 | 09/21/11 | 5:11-cv-01511-UA -DTB | Ronnie Brown v. Chuck Williams et al | In Forma Pauperis denied |
| 59 | 09/22/11 | 5:11-cv-01520-CAS -DTB | Ronson Brown v. Rod Hoops | Action dismissed pursuant to Rule 4 |
| 60 | 09/27/11 | 2:11-cv-07974-UA -DTB | Ronnie O Brown v. Leroy Baca et al | In Forma Pauperis denied |
| 61 | 10/27/11 | 5:11-cv-01716-CAS-DTB | Ronnie Brown v. Rod Hoops | Petition dismissed pursuant to Rule 4 |
| 62 | 11/10/11 | 5:11-cv-01808-CAS-DTB | Ronnie Brown v. Rod Hoops et al | Case voluntary dismissed |
| 63 | 11/21/11 | 5:11-cv-01855-UA-DTB | Ronnie Brown v. John Doe et al | In Forma Pauperis revoked |
| 64 | 12/01/11 | 5:11-cv-01908-CAS-DTB | Ronnie O Brown v. Rod Hoops et al | In Forma Pauperis revoked |
| 65 | 01/09/13 | 2:13-cv-00154-PA-VBK | Rodney Brown v. John Doe 1 et al | In Forma Pauperis revoked |
| 66 | 01/09/13 | 2:13-cv-00161-PA-VBK | Rodney Brown v. County of Los Angeles, et al | matter pending |
| 67 | 01/30/13 | 2:13-cv-00660-PA-MLG | Rodney Brown v. Lee Baca | Petition is dismissed without prejudice |
| 68 | 02/20/13 | 2:13-cv-01225-PA-MLG | Rodney Brown v. Leroy Baca | Judgment entered dismissing the Petition without prejudice |
| 69 | 02/28/13 | 2:13-cv-01476-UA-MLG | Rodney Brown v. Ron Brown | In Forma Pauperis denied |
| 70 | 04/19/13 | 5:13-cv-00728-UA-VBK | Rodney Brown v. San Bernardino, County of et al | Transferred to Western Division |

14

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT "C"**

FULL NAME
14901 _____

COMMITTED NAME (if different)
_____

FULL ADDRESS INCLUDING NAME OF INSTITUTION

K-09454

PRISON NUMBER (if applicable)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

_____ PLAINTIFF,

v.

DEPT ADULT PAROLE OPERATIONS,
Ricardo Pena, F. Sommers
Jon-Jane Doe Regional Admin, et al.
DEFENDANT(S).

CASE NUMBER
EDCV08-0011         (JWJ)
*To be supplied by the Clerk*

CIVIL RIGHTS COMPLAINT
PURSUANT TO *(Check one)*
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

### A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes   ☐ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)





FULL NAME

COMMITTED NAME (if different)

FULL ADDRESS INCLUDING NAME OF INSTITUTION

PRISON NUMBER (if applicable)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER

EDCV08-0013        (JWJ)

_To be supplied by the Clerk_

PLAINTIFF,

DEFENDANT(S).

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** _(Check one)_
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes   ☐ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

LODGED
CLERK, U.S. DISTRICT COURT

JAN - 7 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT

DEC 1 0 2007

CENTRAL DISTRICT OF CALIFORNIA
BY

Brown, Ronnie Oneal
FULL NAME
14901 Central ave
COMMITTED NAME (if different)
P.O.Box 128
FULL ADDRESS INCLUDING NAME OF INSTITUTION
CHINO, CA 91710
K-89434
PRISON NUMBER (if applicable)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Ronnie O. Brown

PLAINTIFF,

v.

THE CITY OF VICTORVILLE, CITY MANAGER
GARY S, PENROD, SHERIFF
SAN BERNARDINO County SHERIFF Dept., et al

DEFENDANT(S).

CASE NUMBER
EDCV08-0014 (JWJ)
To be supplied by the Clerk

CIVIL RIGHTS COMPLAINT
PURSUANT TO (Check one)
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes   ☐ No

2. If your answer to "1." is yes, how many? _____

Describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

LODGED
CLERK, U.S. DISTRICT COURT

JAN - 7 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT

DEC 1 8 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Ronnie O. Brown
K-89434
14901 Central ave
P.O. Box 128
Chino, CA 91710
IN PRO Se

FILED
CLERK U.S. DISTRICT COURT
JAN 2 8 2008   12:00
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Ronnie O. Brown,

    Plaintiff,

V.

STATE OF CALIFORNIA DEPT
OF CORRECTIONS, M. Paulas Warden
et al.,

    Defendants,

Case No. EDCV08-65 CAS (V)
CIVIL RIGHTS COMPLAINT
WITH DEMAND FOR JURY
TRIAL PURSUANT TO
42 U.S.C. § 1983

I
PARTIES

1 Ronnie O. Brown is A STATE prisoner currently confined at CALIFORNIA INSTITUTION FOR men chino 14901 central ave chino, ca a competent aLduLt and U.S. CiTizen. who civil rights Were violated by The actions of The defendants named below which occured about

2 m. paulas is A resident of the STATE of CaLifornia and Resides in and/or WORKS at CALifornia Institution for men located at 14901 central ave chino, ca 91710 and is sued in is indivduaL and officiaL CapiciTy As WARDEN, while Acting under coLor of Law as a peace officer.

Ronnie O. Brown
FULL NAME

14901 Central Ave
COMMITTED NAME (if different)

P.O. Box 128
FULL ADDRESS INCLUDING NAME OF INSTITUTION

Chino, CA 91710

K-89434
PRISON NUMBER (if applicable)

**FILED**

JAN 1 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PJH
550

EDCV08-271     (JWJ

**CV 08     0170**
(PR)     PJH

## UNITED STATES DISTRICT COURT
## NORTHERN~~CENTRAL~~ DISTRICT OF CALIFORNIA

Ronnie O. Brown
                        Plaintiff
v.

Marcia M. Taylor, Director,
OFFICE OF ADMINISTRATIVE COURTS; R. Law
M. Soup, San Bernardino County alternate
Defense panel, et al.,
                        DEFENDANT(S).

| | |
|---|---|
| CASE NUMBER | |
| | To be supplied by the Clerk |

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** (Check one)

☒ 42 U.S.C. § 1983     42 U.S.C § 1485
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

### A.  PREVIOUS LAWSUITS

1.  Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes   ☐ No

2.  If your answer to "1." is yes, how many? _____

    Describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

LODGED

2008 FEB 27  PM 5:04
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY

RECEIVED AND RETURNED
CLERK U.S. DISTRICT COURT

APR 2 — 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

---

CV-66 (7/97)                **CIVIL RIGHTS COMPLAINT**

Plaintiff's Name Ronnie Braun
Inmate No. K-89434
Address ~~12701 Whittier Blvd.~~ 14901 Central ave
~~Whittier, CA 91103~~ Chino, Ca 91710

**FILED**

JAN 25 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

LODGED

2008 JUL -2 PM 1:42
CENTRAL DISTRICT OF CAL
LOS ANGELES

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

CV08-04379

CV08-65 CAS (JW)
2:08 cv 180 MCE KJM

Ronnie Braun
(Name of Plaintiff)

(Case Number)

~~SUPPLEMENT TO~~
COMPLAINT

vs.  Ca. Dept' corrections
Jon Doe, 1- Director; T. Lockwood
M.E. Doulos Warden Cim
Jon Doe-2 Associate Warden Chief Disp of CR
[+] E. Moser, B. Lemaster, S. Carrey,
Cocke, N.N. Sanche2,
R. Simmons, T.J. Padilla etal,
N. Grannis, E. Mungia
(Names of all Defendants)

Civil Rights Act, 42 U.S.C. § 1983

I.   **Previous Lawsuits** (list all other previous or pending lawsuits on back of this form):

   A.   Have you brought any other lawsuits while a prisoner? Yes ___ No ___

   B.   If your answer to A is yes, how many? _____
        Describe previous or pending lawsuits in the space below.
        (If more than one, use back of paper to continue outlining all lawsuits.)

        1.   Parties to this previous lawsuit:

        Plaintiff _____

        Defendants _____
        _____
        _____
        _____

        2.   Court (if Federal Court, give name of District; if State Court, give name of County)
        _____

        3.   Docket Number _____   4.   Assigned Judge _____

        5.   Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
        _____

        6.   Filing date (approx.) _____   7.   Disposition date (approx.) _____

1

**FULL NAME**
Ronnie Brown

**COMMITTED NAME (if different)**
K-59434

**FULL ADDRESS INCLUDING NAME OF INSTITUTION**
P.O. Box 905ve
R Tena chapin Co. Ca 93386163

**PRISON NUMBER (if applicable)**

RECEIVED AND RETURNED
CLERK U.S. DISTRICT COURT

AUG 19 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

FILED

JUL 11 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY                    DEPUTY CLERK

1:08 CV 01009   WMW   PC

RECEIVED

JUL 11 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Ronnie D. Brown

PLAINTIFF,

v.

San Bernardino County Sheriff
Dept. Gary S. penrod, sheriff
J. Sanchez deputy sheriff   DEFENDANT(S).

**CASE NUMBER**   EDCV 08-1032   (JWJ)

To be supplied by the Clerk

**CIVIL RIGHTS COMPLAINT
PURSUANT TO** (Check one)
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner:  ☐ Yes  ☐ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

LODGED
2008 AUG -1 AM 10: 21
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

LODGED
CLERK, U.S. DISTRICT COURT

JUL 31 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

CV-66 (7/97)          CIVIL RIGHTS COMPLAINT          Page 1 of 6

RONNIE O. BROWN
FULL NAME
2737 W. CECil ave
P.O. BOX 567
COMMITTED NAME (if different)
DeLaNO, CA 93215
FULL ADDRESS INCLUDING NAME OF INSTITUTION
K-89139

PRISON NUMBER (if applicable)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

RONNIE O. BROWN

Vs

LEE BOCA SHERIFF COUNTY OF
LOS ANGELES, JOHN DOES 1-5 and
PLAINTIFF

DEFENDANT(S).

CASE NUMBER CV 08-5362
(JWJ)
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☐ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

A. **PREVIOUS LAWSUITS**

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☐ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

RECEIVED
CLERK, U.S. DISTRICT COURT

AUG 14 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

CV-66 (7/97)

CIVIL RIGHTS COMPLAINT

Page 1 of 9

Ronnie O. Brown
**FULL NAME**
K-89434
**COMMITTED NAME (if different)**
3131 W. Cecil Ave
**FULL ADDRESS INCLUDING NAME OF INSTITUTION**
P.O. Box 767
Delano CA 93215
**PRISON NUMBER (if applicable)**

RECEIVED & RETURNED
CLERK, U.S. DISTRICT COURT

SEP 10 2008   10:15

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Ronnie O. Brown

PLAINTIFF,

County of San Bernardino alternative
Deputy Panel, Robert Ponce, Control
San Bernardino Sheriff Dept,

R. Dubois, et al                    DEFENDANT(S).

CASE NUMBER
EDCV08-1144   (JWJ)

_To be supplied by the Clerk_

## CIVIL RIGHTS COMPLAINT
## PURSUANT TO (Check one)
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes   ☐ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

LODGED

2008 AUG 25 PM 1:58

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.

BY

RECEIVED
CLERK, U.S. DISTRICT COURT

AUG 22 2008   1:58

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Ronnie D. Brown
FULL NAME

2131 W. Cecil ave
COMMITTED NAME (if different)

P.O. Box 567
FULL ADDRESS INCLUDING NAME OF INSTITUTION

Delano, CA 93215

V-89434
PRISON NUMBER (if applicable)

FILED

2008 SEP 29  PM 4:44

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Ronnie Brown

550

CASE NUMBER EDCV08 - 1156 - CAS (JWO)

To be supplied by the Clerk

PLAINTIFF,

County of San Bernardino Sheriff Dept,
Gary S. Penrod, John Does 1-5
John Does 6-10 from unknown deputies

DEFENDANT(S).

CIVIL RIGHTS COMPLAINT
PURSUANT TO (Check one)
☐ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

A. **PREVIOUS LAWSUITS**

1.  Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes  ☐ No

2.  If your answer to "1." is yes, how many? _____

    Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

550

1:45 PM

LODGED
CLERK, U.S. DISTRICT COURT
AUG 27 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 15 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Ronnie O. Brown
FULL NAME

2757 W. Cecil Ave
COMMITTED NAME (if different)

P.O. Box 567
FULL ADDRESS INCLUDING NAME OF INSTITUTION

Delano, CA 93216

K-89434
PRISON NUMBER (if applicable)



RECEIVED AND RETURNED
CLERK U.S. DISTRICT COURT

SEP - 9 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

RONNIE O. BROWN

San Bernardino County,
Jasmyn Sylny Hops,
San Bernardino County SHERIFF
Gary S. Penrod, Sheriff San Bernardino
County, John Due ¿ Nurse John Due #2 apt.
John Due # 3
                              PLAINTIFF,

                              DEFENDANT(S)

CASE NUMBER EDCV **08 - 1157** (JWJ)
                To be supplied by the Clerk

CIVIL RIGHTS COMPLAINT
PURSUANT TO (Check one)
☒ 42 U.S.C. § 1983   WHK Declaration In Support
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A.  PREVIOUS LAWSUITS

1.  Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes   ☐ No

2.  If your answer to "1." is yes, how many? _____

    Describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)







---

CV-66 (7/97)                          **CIVIL RIGHTS COMPLAINT**                          Page 1 of 6

Case 2:08-cv-00311-GA-JWJ   Document   Filed 08/28/08   Page 1 of 4   Page ID #:1

Ronnie O. Brown
K-89434
2737 W. Cecilave
Delano, CA 93215
In Pro Se





UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Ronnie O. BROWN,
            plantiff,

    V.

CEE BACA, LA.CO. SHERIFF,
Lawrence, Beach, Allen,
CHOI, Arron M. Fontana
attorney's AT LAW. et
         Defendants

'08 CV 1580 BEN PCL

Case NOASE
Civil Rights Complaint
42 USC § 1981, 1983, 1985
UN Ruh Act C.C. Pl 17, 52b

## I.

### Parties

1. Ronnie O. Brown is a state prisoner and a competent aldult
and United States citizen of america and current Resident of
CA. Located 2737 W. Cecila Delano, ca 93215   Lee Baca is The
Los Angeles county Sheriff, STRICKLAND, Leawrence, Beach, Allen
Choi, and arron M. fontana are Retained counsel
Representing LEE Baca sheriff and county of Los Angeles. all
current Residents of Los Angeles County.

Plaintiff's Name RONNIE O. BROWN
Inmate No. K-89434
Address 2737 W. Cecil ave
Delano, CA 93215

**FILED**

AUG 14 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RONNIE O. BROWN
_____
(Name of Plaintiff)

vs.

Suzann Hubbard State of
California Director of Corre John Doe #1,
CHIEF INTERNAL affairs ca. DEPT OF CORR;
Jon Doe #2 OMNIBUDSMEN, Ca. DEPT OF CORR;
Timothy M. Lockn' a CHIEF Regulation and Policy
Mgmnt Brancn; N. GRANNIS, CHIEF inmate appeals
Bearn, E. lemaster, S. Carey, T.J. paulia
Sgt. adams (Names of all Defendants) Sgt. alsworth Cim-E-Ber
DR. NGUYEN

CV08-6608 (JWJ)
208-CV-1893 GGH PC
(Case Number)

ORIGINAL COMPLAINT WITH Exhibits
AND DECLARATION OF RONNIE O. BROWN
Civil Rights Act; 42 U.S.C. § 1983

**MAINTAIN ON PAPER**

I. Previous Lawsuits (list all other previous or pending lawsuits on back of this form):

A.    Have you brought any other lawsuits while a prisoner? Yes ___ No ___

B.    If your answer to A is yes, how many? _____
       Describe previous or pending lawsuits in the space below.
       (If more than one, use back of paper to continue outlining all lawsuits.)

       1. Parties to this previous lawsuit:

       Plaintiff _____

       Defendants _____

       _____

       _____

       2. Court (if Federal Court, give name of District; if State Court, give name of County)
       _____

       3. Docket Number _____    4. Assigned Judge _____

       5. Disposition  (For example: Was the case dismissed? Was it appealed? Is it still pending?)
       _____

       6. Filing date (approx.) _____    7. Disposition date (approx.) _____

LODGED
CLERK, U.S. DISTRICT COURT
OCT - 7 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

*Duplicate Original*

2  Ronnie O'neal Brown
3  K-89434
   23500 Kasson Rd
4  P.O. BOX 500
   Tracy, CA 95376
5  IN PRO Se
6

7

8

9

10

11

            UNITED STATES DISTRICT COURT
12       CENTRAL DISTRICT OF CALIFORNIA

13  Ronnie O'neal Brown,
                    Plaintiff,            Case NO. CV08-6664 CAS (JWJ)
14         vs.                            Civil Rights Complaint
    County of Los Angeles,                42 U.S.C § 1983
15  Lee Baca Sheriff, County of
16  Los Angeles; Julia H. Hvang,
    Pharmacist; Shynder, IGOR; Doctor
17  Lance J. Popken; LA.CO. Deputy Sheriff;
18  F. Shirley, LA.CO. Jail staff Nurse;
    P. Milagros, LA.CO. Jail staff Nurse;
19  O. Lennie, LA.CO. Jail staff Nurse;
20  G. Zenaida La.CO Jail staff nurse; etal,
21  Lawrence, Beach, Allen, Choi,
    Arron M. Fontanna, Attorney's AT
22  LAW; John Doe's , L.A. County Sheriff, et. al.
23  C. Normita LA.CO. LVN., Edith A, staff nurse
24  Sarita Anavil, pharmacist et., al.,
    Joel Huschle, social worker Defendants,
25
26                          I
                         PARTIES
27  1. Plaintiff Ronnie O'neal brown is currently A state prisoner confined at

    Duel Vocational institute Located at 23500 Kasson Rd tracy, CA 95376

RECEIVED
CLERK, U.S. DISTRICT COURT

OCT - 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

FILED

2008 OCT 21  AM 10: 34
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

FILED

FULL NAME _Ronnie O. Brown_

COMMITTED NAME (if different) _1600 California Dr_

FULL ADDRESS INCLUDING NAME OF INSTITUTION _Vacaville, Ca 95696_

PRISON NUMBER (if applicable) _K-89434_

2008 NOV 21 AM 10: 51

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

_Ronnie O. Brown_

PLAINTIFF,

_Jasmyn Sanchez, GARY S. Penrod,_
_John Doe #1, John Doe #2,_
_John Doe #3 et al_

DEFENDANT(S).

CASE NUMBER EDCV **08 - 1672** CAS (JWJ)

To be supplied by the Clerk

**CIVIL RIGHTS COMPLAINT PURSUANT TO** *(Check one)*

☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes   ☐ No

   (SSO)

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

LODGED

2008 NOV 18 PM 5: 13

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

RECEIVED
CLERK, U.S. DISTRICT COURT

NOV 10 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Case 5:09-cv-00099-UA-JWJ   Document 1   Filed 01/09/09   Page 1 of 19   Page ID #:1

*Rodney O'neel Brown*
FULL NAME

*Ronnie D. Brown*
COMMITTED NAME (if different)

*1600 California Dr*
FULL ADDRESS INCLUDING NAME OF INSTITUTION

*P.O. Box 2000, Vacaville Ca 95696*

*K-89424*
PRISON NUMBER (if applicable)

E-filing

FILED
09 JAN -9 AM 11: 37
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

555

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRB**

*Ronnie O. Brown*
                        PLAINTIFF
            v.

*San Bernadino County; G.S.P.*
*Sheriff; L. Taylor; John Doe #1*
*John Doe #2—Blg. 5 Shower Deputy*
                        DEFENDANT(S).

CASE NUMBER

**CV 09**   To be supplied by the Clerk   **0095**   **(PR)**

CIVIL RIGHTS COMPLAINT
PURSUANT TO (Check one)
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes   ☐ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an
   attached piece of paper using the same outline.)

(Name) *Ronnie Brown*

(Address) *9500 Etiwanda Ave*

(City, State, Zip) *Rancho Cucamonga, CA 91739*

(CDC Inmate No.) BK# 1102340724

FILED
CLERK, U.S. DISTRICT COURT

JUL 8 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

CLERK, U.S. DISTRICT COURT
JUN 29 2011
CENTRAL DISTRICT OF CALIFORNIA
BY

550

# United States District Court
## CENTRAL
## ~~Southern~~ District of California

*Ronnie O. Brown*
(Enter full name of plaintiff in this action.)

**Plaintiff,**

v.

*Roohoops, M. Utley*
*James Williams*
*Jeffery Hagen, S. Zieger*
*Lastea, McChristian*
*Capt. Mesa   Et. al.*
(Enter full name of each defendant in this action.)

**Defendant(s).**

CV11-5415 (DTB)

Civil Case No. _____
(To be supplied by Court Clerk)

1. Complaint Under the
   Civil Rights Act
   42 U.S.C. § 1983
2. MANDATORY DUTIES
   Applicable Gov codes
3. CA. UN RUH Act
   Applicable state law code

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

_____

## B. Parties

1. Plaintiff: This complaint alleges that the civil rights of Plaintiff, *Ronnie O. Brown* ,
(print Plaintiff's name)
_____, who presently resides at *9500 Etiwanda Ave*
(mailing address or place of confinement)
*Rancho Cucamonga, CA 91739* , were violated by the actions
of the below named individuals. The actions were directed against Plaintiff at *West Valley*
*Detention Center - Adelanto CA* on (dates) *2-5-11* , *4-30-11* , and *4-10-11* .
(institution/place where violation occurred)      (Count I)      (Count 2)      (Count 3)

RECEIVED
CLERK, U.S. DISTRICT COURT

MAY 17 2011

CENTRAL DISTRICT OF CALIFORNIA

§ 1983 SD Form
(Rev. 1/98)

FILED

Ronnie Brown
NAME
1102340724
PRISON IDENTIFICATION/BOOKING NO.
9500 ENTIWANDA GUE
ADDRESS OR PLACE OF CONFINEMENT
Rancho Cucamonga, Ca 91729

2011 JUL 13 PM 12:42

CLERK U.S. DIST. COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY ____

Note:    If represented by an attorney, provide name, address & telephone
         number. *It is your responsibility to notify the Clerk of Court in
         writing of any change of address.*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Ronnie Brown                    CASE NUMBER:
FULL NAME (Include name under which you were convicted)    ED CV 11- 1097- CAS (DTB)

                                To be supplied by the Clerk of the United States District Court

                    Petitioner,
                                CR _____
                                Criminal case under which sentence was imposed.

Rod Hoops - Sheriff San Bern
County

NAME OF WARDEN, (or other authorized person having custody of
petitioner)                    PETITION FOR WRIT OF HABEAS CORPUS BY A
                                PERSON IN FEDERAL CUSTODY
                    Respondent.        (28 U.S.C § 2241)

LODGED
CLERK, U.S. DISTRICT COURT

MAY 23 2011

CENTRAL DISTRICT OF CALIFORNIA
DEPT

### INSTRUCTIONS - READ CAREFULLY

This petition shall be legibly handwritten or typewritten, signed by *the petitioner*, under penalty of perjury. You answer
CONCISELY the answer to each question in the proper space on the form. Any false statement of *a material* fact may serve to the basis
for prosecution and conviction for perjury.

You must not attach separate pages to this petition except that ONE separate additional page is permitted in answering Question No.9.

Upon receipt of a fee of $5.00 your petition will be filed if it is in proper order.

If you are seeking leave to proceed *in forma pauperis* (without paying the $5.00 filing fee and other court costs), then you must also execute
the declaration on the last page, setting forth information which establishes your inability to pay the fees and costs of the proceedings or
to give security therefor. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete
the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If your prison account
exceeds $25.00, you must pay the filing fee as required by the rule of the district court.

When the petition is completed, the original and 3 copies, must be mailed to the Clerk of the United States District Court for the Central
District of California, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012, ATTENTION: Intake/Docket
Section.

Only one sentence, conviction or parole matter may be challenged in a single petition. If you challenge more than one, you must do so by
separate petitions.

Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY (28 U.S.C § 2241)

Roman Brown aka Ronnie Brown
NAME

1102340724
PRISON IDENTIFICATION/BOOKING NO.

9500 Etiwanda ave
ADDRESS OR PLACE OF CONFINEMENT

Rancho Cucamonga ca 923929662

Note:   If represented by an attorney, provide name, address & telephone number. *It is your responsibility to notify the Clerk of Court in writing of any change of address.*

FILED

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CASE NUMBER: EDCV11-1204   CAS (DTB)

FULL NAME (Include name under which you were convicted)

Roman Brown, aka Ronnie Brown

Petitioner,

CV   EDCV-11-1097 CAS(DTB)
To be supplied by the Clerk of the United States District Court

v.

Rod Hoop's

NAME OF WARDEN, (or other authorized person having custody of petitioner)

Respondent.

CR   FVI1100295
Criminal case under which sentence was imposed.

Supplimentai

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY**
(28 U.S.C. § 2241)

28 U.S.C § 2254

**INSTRUCTIONS - READ CAREFULLY**

This petition shall be legibly handwritten or typewritten, signed by *the petitioner, under penalty* of perjury. You must set forth CONCISELY the answer to each question in the proper space on the form. Any false statement of *a material* fact may serve as the basis for prosecution and conviction for perjury.

You must not attach separate pages to this petition except that ONE separate additional page is permitted in answering Question No.9.

Upon receipt of a fee of $5.00 your petition will be filed if it is in proper order.

If you are seeking leave to proceed *in forma pauperis* (without paying the $5.00 filing fee and other court costs), then you must also execute the declaration on the last page, setting forth information which establishes your inability to pay the fees and costs of the proceedings or to give security therefor. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If your prison account exceeds $25.00, you must pay the filing fee as required by the rule of the district court.

When the petition is completed, the original and 3 copies, must be mailed to the Clerk of the United States District Court for the Central District of California, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012, ATTENTION: Intake/Docket Section.

Only one sentence, conviction or parole matter may be challenged in a single petition. If you challenge more than one, you must do so by separate petitions.

Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

Ronnie Brown

FULL NAME

#110234O724

COMMITTED NAME (if different)

9500 Etiwanda Ave

FULL ADDRESS INCLUDING NAME OF INSTITUTION

Rancho Cucamonga, CA 91739

PRISON NUMBER (if applicable)

| 2254 | 1983 | | **FILED** |
|---|---|---|---|
| FILING FEE PAID | | | |
| Yes | No ✓ | | AUG 4 - 2011 |
| IFP MOTION FILED | | | |
| Yes ✓ | No | | CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA |
| COPIES SENT TO | | BY DEPUTY | |
| Court ✓ | ProSe ✓ | | |

EDCVII - 1268 - CAS (DTB)

## UNITED STATES DISTRICT COURT
Southern
## CENTRAL DISTRICT OF CALIFORNIA

Ronnie Brown
Lynn Poncin  (550)
The City of Victorville, Rod Hoops
The City of Adelanto +8

PLAINTIFF
DEFENDANT(S).

CASE NUMBER  **11 CV 1749 AJB BLM**

To be supplied by the Clerk

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** (Check one)
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes   ☐ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

LODGED

2011 AUG -9 PM 4:30
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIF.
LOS ANGELES
BY

2011 AUG 24 PM 5:10
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIF.
LOS ANGELES
BY

FILED

Ronnie Brown
**FULL NAME**

9500 Etiwanda ave
**COMMITTED NAME (if different)**

Ranchocucamonga, Ca 91739
**FULL ADDRESS INCLUDING NAME OF INSTITUTION**

#1102340724

**PRISON NUMBER (if applicable)**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Ronnie Brown

v.                          Plaintiff,

Chuck Williams, Rod Hoops,
G. MACIAS, Lance Clark, Kevin Lacer,
M. SALAZAR, Peterson, K. Connor,
Buell, R. Hansen etal,
Sgt Valdez, T-2 John Jane Does, See pg 2
                                    DEFENDANT(S).

| CASE NUMBER | EDCV11-1511    (DTB) |
|---|---|
| | *To be supplied by the Clerk* |

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

(550)

A.  **PREVIOUS LAWSUITS**

1.  Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes   ☐ No

2.  If your answer to "1." is yes, how many? _____

    Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

LODGED

2011 SEP 21 AM 10: 23
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIF.
LOS ANGELES

BY _____

| RECEIVED |
|---|
| CLERK, U.S. DISTRICT COURT |
| **SEP 14 2011** |
| CENTRAL DISTRICT OF CALIFORNIA |
| BY                    DEPUTY |

NAME *Ronson Brown aka Ronnie Brown*   RECEIVED   Fee   FILED
1103340734   Due

PRISON IDENTIFICATION/BOOKING NO.   2011 SEP 14 PM 1:48   2011 SEP 22 PM 12:36

9500 Etiwanda ave   CLERK U.S. DISTRICT COURT   CLERK U.S. DISTRICT COURT
ADDRESS OR PLACE OF CONFINEMENT.   CENTRAL DIST. OF CALIF.   CENTRAL DIST OF CALIF.
   RIVERSIDE   LOS ANGELES

Rancho Cucamonga, Ca 91739   BY _____

Note:   It is your responsibility to notify the Clerk of Court in writing of any
   change of address. If represented by an attorney, provide his name,
   address, telephone and facsimile numbers, and e-mail address.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER:

*Ronson Brown aka Ronnie Brown*   CV   EDCV 11 - 1520 CAS (DTB)
FULL NAME (Include name under which you were convicted)   To be supplied by the Clerk of the United States District Court

Petitioner,   ($30)

v.

*Rod Hoops Sheriff S.B. County*   ☐ _____ AMENDED

NAME OF WARDEN, SUPERINTENDENT, JAILOR OR AUTHORIZED   **PETITION FOR WRIT OF HABEAS CORPUS**
PERSON HAVING CUSTODY OF PETITIONER   **BY A PERSON IN STATE CUSTODY**
   **28 U.S.C. § 2254**
Respondent.

   PLACE/COUNTY OF CONVICTION *San Bernardino*
   PREVIOUSLY FILED, RELATED CASES IN THIS DISTRICT COURT
   (List by case number)
   CV _____
   CV _____

## INSTRUCTIONS - PLEASE READ CAREFULLY

1.   To use this form, you must be a person who either is currently serving a sentence under a judgment against you in a California state court, or will be serving a sentence in the future under a judgment against you in a California state court. You are asking for relief from the conviction and/or the sentence. This form is your petition for relief.

2.   In this petition, you may challenge the judgment entered by only one California state court. If you want to challenge the judgment entered by a different California state court, you must file a separate petition.

3.   Make sure the form is typed or neatly handwritten. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

4.   Answer all the questions. You do not need to cite case law, but you do need to state the federal legal theory and operative facts in support of each ground. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a legal brief or arguments, you may attach a separate memorandum.

5.   You must include in this petition **all** the grounds for relief from the conviction and/or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

5.   You must pay a fee of $5.00. If the fee is paid, your petition will be filed. If you cannot afford the fee, you may ask to proceed *in forma pauperis* (as a poor person). To do that, you must fill out and sign the declaration of the last two pages of the form. Also, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account at the institution. If your prison account exceeds $25.00, you must pay the filing fee.

6.   When you have completed the form, send the original and two copies to the following address:
   Clerk of the United States District Court for the Central District of California
   United States Courthouse
   ATTN: Intake/Docket Section
   312 North Spring Street
   Los Angeles, California 90012

LODGED
CLERK, U.S. DISTRICT COURT

SEP 14 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

CV-69 (04/05)   PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (28 U.S.C § 2254)   Page 1 of 10

(Name) Ronnie O, Brown

(Address) 9800 EtiWanda ave

(City, State, Zip) Ranchoculcamanga, ca 91739

(CDC Inmate No.) 110234072.4

**RECEIVED**

2011 SEP 19 PM 1:14

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY _____

2011 SEP 27 AM 9:49
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

LODGED

$50

# United States District Court
## Southern District of California

Ronnie O Brown
(Enter full name of plaintiff in this action.)

     Plaintiff,

v.

LEROY BACA sleriff LA.County

POPREN Deputy sheriff

HUSCHE
(Enter full name of each defendant in this action.)

     Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)

**CV 11 - 7974** (DTB)

Civil Case No.
(To be supplied by Court Clerk)

Complaint Under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

## B. Parties

1. **Plaintiff:** This complaint alleges that the civil rights of Plaintiff, Ronnie Brown
                 (print Plaintiff's name)
_____, who presently resides at 9800 EtiWanda ave
Ranchoculcamanga Ca           (mailing address or place of confinement)
              were violated by the actions
of the below named individuals. The actions were directed against Plaintiff at Mens Central
Jail
(institution/place where violation occurred)    on (dates) _____ , _____ and _____
           (Count 1)   (Count 2)   (Count 3)

§ 1983 SD Form
(Rev. 2/98)

FILED

NAME  Ronson Brown aka Ronnie Brown
11023407284
PRISON IDENTIFICATION/BOOKING NO.
9500 Etiwanda ave
ADDRESS OR PLACE OF CONFINEMENT
Rancho Cucamonga, Ca 91739

Note: If represented by an attorney, provide name, address & telephone number. *It is your responsibility to notify the Clerk of Court in writing of any change of address.*

2011 OCT 27  PM 2: 39

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY _____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Ronson Brown
FULL NAME (Include name under which you were convicted)

Petitioner,

v.

Rod Hoops Sheriff S.B. County
NAME OF WARDEN, (or other authorized person having custody of petitioner)

Respondent.

CASE NUMBER:

ED CV 11 - 01716 CAS
          CV

To be supplied by the Clerk of the United States District Court

DTB

CR   EVI 1100295
Criminal case under which sentence was imposed.

530

PETITION FOR WRIT OF HABEAS CORPUS BY A
PERSON IN FEDERAL CUSTODY   State Custod
(28 U.S.C. § 2241)

28 U.S.C § 2254

### INSTRUCTIONS - READ CAREFULLY

This petition shall be legibly handwritten or typewritten, signed by *the petitioner, under penalty* of perjury. You must set forth CONCISELY the answer to each question in the proper space on the form. Any false statement of *a material fact* may serve as the basis for prosecution and conviction for perjury.

You must not attach separate pages to this petition except that ONE separate additional page is permitted in answering Question No.9.

Upon receipt of a fee of $5.00 your petition will be filed if it is in proper order.

If you are seeking leave to proceed *in forma pauperis* (without paying the $5.00 filing fee and other court costs), then you must also execute the declaration on the last page, setting forth information which establishes your inability to pay the fees and costs of the proceedings or to give security therefor. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If your prison account exceeds $25.00, you must pay the filing fee as required by the rule of the district court.

When the petition is completed, the original and 3 copies, must be mailed to the Clerk of the United States District Court for the Central District of California, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012, ATTENTION: Intake/Docket Section.

Only one sentence, conviction or parole matter may be challenged in a single petition. If you challenge more than one, you must do so by separate petitions.

Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY (28 U.S.C. § 2241)
CV-27 (07/93)

FULL NAME _Deanne Mari_

COMMITTED NAME (if different)_7500 Etiwanda ave_

FULL ADDRESS INCLUDING NAME OF INSTITUTION:_Rancho Cucamunga Ca 91739_

_1102340734_

PRISON NUMBER (if applicable)

| 2254 | 1983 |
|------|------|
| **FILING FEE PAID** | |
| Yes ___ | No ___ |
| **IFP MOTION FILED** | |
| Yes ___ | No ___ |
| **COPIES SENT TO** | |
| Court ___ | ProSe ___ |

```
FILED

NOV 0 2 2011

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

_Deanne Mari_

PLAINTIFF,

v.

_Rod Hoops, Sheriff County_
_MENDOZA, Salcedo_

DEFENDANT(S).

**CASE NUMBER** '11 CV 2554 BEN BGS

_To be supplied by the Clerk_

**CIVIL RIGHTS COMPLAINT
PURSUANT TO** _(Check one)_

☒ 42 U.S.C. § 1983

☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☒ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

Ronson Broun
FULL NAME
9500 Etiwanda ave
COMMITTED NAME (If different)
Rancho Cucamongo, Ct
FULL ADDRESS INCLUDING NAME OF INSTITUTION

1102340724
PRISON NUMBER (If applicable)

```
FILED
OCT 26 2011
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY
```

2254   1983 ✓

FILING FEE PAID
Yes____  No____ ✓

IFP MOTION FILED
Yes____  No____

COPIES SENT TO
Court ✓   ProSe____

# UNITED STATES DISTRICT COURT
## Southern CENTRAL DISTRICT OF CALIFORNIA

Ronnie O. Broun
                                    PLAINTIFF,
v.
Doe COUNTY Counsel San Bernardeo,
ROD HOOPS, Sheriff
                                    DEFENDANT(S).

CASE NUMBER   '11 CV 2486 LAB WMc
                          *To be supplied by the Clerk*

CIVIL RIGHTS COMPLAINT
PURSUANT TO *(Check one)*
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes   ☐ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

**RECEIVED**

Ronnie Brown
FULL NAME

9500 Etiwanda ave
COMMITTED NAME (if different)

Rancho Cucamonga, CA 90730
FULL ADDRESS INCLUDING NAME OF INSTITUTION

1102340724
PRISON NUMBER (if applicable)

2011 DEC -8  AM 10:35

CLERK U.S. DISTRICT COURT
CENTRAL DIST. O. CALIF.
LOS ANGELES

2011 NOV 15  AM 11:38

U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY

650

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Ronnie Brown          plaintiff
          v.
Rod Hoops  A. MENDOZA, John A
Doe-1  County Counsel San Bernardino
County, C. ODIN, R. HANSEN
PLAINTIFF(S).
DEFENDANT(S).

CASE NUMBER
5:11-CV-1908 CAS (PTB)
To be supplied by the Clerk

CIVIL RIGHTS COMPLAINT
PURSUANT TO (Check one)
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A.  PREVIOUS LAWSUITS

1.  Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes  ☒ No

2.  If your answer to "1." is yes, how many? _____

    Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

RECEIVED
CLERK, U.S. DISTRICT COURT

NOV 15 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT

DEC - 1 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

CV-66 (7/97)                    CIVIL RIGHTS COMPLAINT                    Page 1 of 6

1 OF 9

FILED

FULL NAME
Rodney Brown

COMMITTED NAME (if different)
450 Bauchet Street

FULL ADDRESS INCLUDING NAME OF INSTITUTION
Los Angeles, CA 90012

2013 JAN 24  PM 12: 24

U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

PRISON NUMBER (if applicable)
3297631

550

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Rodney Brown   v.   Plaintiff
LA. County Counsel John Doe #1

v.

Leroy Baca, Captain John Doe #2
M.C.J.; Curr. Asst. Littie;
County of Los Angeles et al.
DEFENDANT(S).

CASE NUMBER
CV13-00154-PA (MLG)
To be supplied by the Clerk

### CIVIL RIGHTS COMPLAINT
PURSUANT TO *(Check one)*

☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A.   PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner:   ☐ Yes   ☐ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

LODGED
CLERK, U.S. DISTRICT COURT

JAN - 9 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT

JAN - 8 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

Ronnie Brown
#329763L
441 Bauchet St
Los Angeles, CA 90012
In Proper

FILED

BY [ ]                    DEPUTY

OCT -1 2012

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Ronnie D. Brown          CASE NO. CV-11-05415 CASDTI
    plaintiff             NOTICE CHANGE Address
                          Request Enlargement of Time
vs

Roo Hoops et al
          Defendant.

To the above Court all Parties of Record There
attorney(s) plaintiff Ronnie Brown Comes Now And
notifies The Court of his Current Address of
441 Bauchet St  Los Angeles CA 90012
Inmate Id # 329763L, And Further Request
A Court Order directing Los Angeles County
Sheriff To Allow Access To Jail Law
Library To File Second Amended Complaint,
And Order Directing Sheriff To permit
plaintiff To obtain Access To His file
By Having Documents Brought To West Covina
Court Dept 4. plaintiff Respectfully
Request Enlargement Of Time Of 45 days
Due To incarceration, physical Disabilities,
and inability To Access Law Library.

Dated 9.14.12

                              Ronnie Brown

Rodney Brown
FULL NAME

450 Bauchet Street
COMMITTED NAME (if different)

Los Angeles, CA 90012
FULL ADDRESS INCLUDING NAME OF INSTITUTION

# 3297631
PRISON NUMBER (if applicable)

| 2254 | 1983 | ✓ |

FILING FEE PAID
Yes        No

IFP MOTION FILED
Yes        No

CONSENT TO
Court        ProSe

**FILED**

DEC 21 2012

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

RODNEY BROWN        PLAINTIFF
        V.

COUNTY OF LOS ANGELES,
LEROY BACA, DEPUTY MENDOZA,
DEPUTY WAITES, DEPUTY ESPINOZA
                    DEFENDANT(S).

CASE NUMBER        1 2 CV 3 0 5 1 WQH WMC
                    To be supplied by the Clerk

**CIVIL RIGHTS COMPLAINT
PURSUANT TO** (Check one)
☒ 42 U.S.C. § 1983 Declaratory Relief monetary Dam
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes   ☐ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

---

Brown Rodney
FULL NAME

450 Bauchet Street
COMMITTED NAME (if different)

Los Angeles CA  90012
FULL ADDRESS INCLUDING NAME OF INSTITUTION

3297631
PRISON NUMBER (if applicable)

FILED

RICHARD W. WORKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RMW

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Rodney Brown   Plaintiff,
County of Los Angeles,
Ron Brown, Manuel Marin Jr,
Rita Smith, Reema Kahn, G. Zamorano
Linda A. Chilstrom, Steven Morgan,
Michael A. Ygiecia S et al.
                              DEFENDANT(S).

CASE NUMBER
C 13 0079
To be supplied by the Clerk

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** (Check one)
☒ 42 U.S.C. § 1983 Declaratory Relief monetary Da
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A.  PREVIOUS LAWSUITS

1.  Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes   ☐ No

2.  If your answer to "1." is yes, how many? _____

    Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

450 Bauchet St
Los Angeles, CA 90012

n Identification/Booking No.

329763।

RESS or PLACE OF CONFINEMENT

It is your responsibility to notify the Clerk of
Court in writing of any change of address.

If represented by an attorney; his name, address
& telephone number.

FILED
CLERK, U.S. DISTRICT COURT

JAN 3 0 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Rodney Brown

NAME (Include name under which you were convicted)

Petitioner,

v.

LODGED
CLERK, U.S. DISTRICT COURT

JAN 14 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Leroy Baca Sheriff

OF WARDEN, SUPERINTENDENT, JAILOR OR
RIZED PERSON having custody of petitioner

Respondent.

CASE NO. CV13- 0660 PA (MLG)

To be supplied by the Clerk of the
United States District Court

PETITION FOR WRIT OF HABEAS CORPUS
BY A PERSON IN STATE CUSTODY
(28 U.S.C § 2254)

PLACE/COUNTY OF CONVICTION Los Angeles

PREVIOUSLY FILED, RELATED CASES IN THIS DISTRICT

COURT (LIST BY CASE NUMBER)

CV LN 8:BCu 15A PA (ML G)

CV _____

CV _____

CV _____

oner is attacking a judgment which imposed a sentence to be served in the *future*, petitioner must fill in the name of the state where the
t was entered. If petitioner has a sentence to be served in the *future* under a federal judgment which he wishes to attack, he should file
under 28 U.S.C. §2255, in the federal court which entered the judgment)

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

/98)

*Rodney Brown*
NAME
*3297631*
PRISON IDENTIFICATION / BOOKING NUMBER
*450 Bauchet St*
ADDRESS OR PLACE OF CONFINEMENT
*Los Angeles, CA 90012*

NOTE:  It is your responsibility to notify the Clerk of Court in writing of
any change of address. If represented by an attorney, provide his
name, address and telephone number.

$30

FILED
CLERK, U.S. DISTRICT COURT

FEB 20 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

Fee Due

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

*Rodney Brown*
FULL NAME
(Include name under which you were convicted)

v.                                          Petitioner,

*Leroy Baca*

NAME OF WARDEN, SUPERINTENDENT, JAILOR OR AUTHORIZED
PERSON HAVING CUSTODY OF PETITIONER

Respondent.

CASE NUMBER:
CV 13-01225-PA (MLG)
To be supplied by the Clerk of the United States District Court.

## PETITION FOR WRIT OF HABEAS CORPUS
## BY A PERSON IN STATE CUSTODY
28 U.S.C. § 2254

PLACE/COUNTY OF CONVICTION *L.A. County*
PREVIOUSLY FILED, RELATED CASES IN THIS DISTRICT COURT
(List by case number)

CV- _____
CV- _____
CV- _____

FILED
CLERK, U.S. DISTRICT COURT

FEB 15 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

(If petitioner is attacking a judgment which imposed a sentence to be served in the *future*, petitioner must fill in the name of the state where
the judgment was entered. If petitioner has a sentence to be served in the *future* under a federal judgment which he wishes to attack, he
should file a motion under 28 U.S.C. §2255, in the federal court which entered the judgment.)

## INSTRUCTIONS - READ CAREFULLY

This petition shall be legibly handwritten or typewritten, and signed by the petitioner, under penalty of perjury. You must set forth
CONCISELY the answer to each question in the proper space on the form. Any false statement of a material fact may serve as the basis
for prosecution and conviction for perjury.

You must not attach separate pages to this petition, except that ONE separate additional page is permitted in answering Question No. 10.

Upon receipt of a fee of $5.00 your petition will be filed if it is in proper order.

If you are seeking leave to proceed in forma pauperis (without paying the $5.00 filing fee and other court costs), then you must also
complete and execute the declaration on the last two pages, setting forth information which establishes your inability to pay the fees and
costs of the proceedings or to give security therefor. If you wish to proceed in forma pauperis, you must have an authorized officer at the
penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the
institution. If your prison account exceeds $25.00, you must pay the filing fee as required by the rule of the district court.

When the petition is completed, the original and two copies must be mailed to the Clerk of the United States District Court for the Central
District of California, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012, ATTN: Intake/Docket Section.

A single petition should be used to challenge a particular State Court judgment of conviction and/or sentence.

Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY
28 U.S.C. § 2254

CV-69 (07/02)

PAGE 1 OF 9

Rodney Brown
FULL NAME

450 Bauchet ST
COMMITTED NAME (if different)

Los Angeles, CA 90012
FULL ADDRESS INCLUDING NAME OF INSTITUTION

# 3297631
PRISON NUMBER (if applicable)

| 2254 | 1983 | x |

FILING FEE PAID
Yes    No  x

IFP MOTION FILED
Yes  x   No

COPIES SENT TO
Court  x  Pro Se

FILED
MAR 25 2013
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

13CV0720 GPC BGS

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Rodney Brown,
        v.  plaintiff
County of San Bernardino,   PLAINTIFF(S).
San Bernardino County Sheriff Dept
Sheriff Rod Hoops, Timothy Erm,
Manning, Kass, Elrod, Ramirez,   DEFENDANT(S).
Trestler,   Defendants,

CASE NUMBER

_To be supplied by the Clerk_

CIVIL RIGHTS COMPLAINT  Monterey Bay
PURSUANT TO (Check one)
☒ 42 U.S.C. § 1983   42 USC § 1985 (3)  Cal. const a
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes   ☐ No

2. If your answer to "1." is yes, how many? _____

    Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

CV-66 (7/97)                    CIVIL RIGHTS COMPLAINT                    Page 1 of 6