UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-5415-CAS (DTB) | Date | August 1, 2013 |
|---|---|---|---|
| Title | RONNIE O. BROWN V. ROD HOOPS, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants

Not Present                        Not Present

**Proceedings:** **(IN CHAMBERS): PLAINTIFF'S NOTICE AND REQUEST FOR PRESIDING DISTRICT COURT JUDGE TO CONSIDER EXCEPTIONAL CIRCUMSTANCES FOR THE REQUEST OF LEGAL ASSISTANCE, ETC.** [156] (filed February 28, 2013)

The Court is in receipt of the above-captioned request, which the Court construes as a request that the Court review a series of rulings made by Magistrate Judge Bristow regarding plaintiff's ability to access legal materials and for appointed counsel.

Having reviewed plaintiff's current request, along with plaintiff's many other requests for the same or similar relief, see, e.g., Dkt. Nos. 132, 142, 148, 167, 184, the Court finds that plaintiff's request should be denied. The Court previously found that Magistrate Judge Bristow did not abuse his discretion in granting in part and denying in part the various forms of accommodation that plaintiff sought in litigating his case. Plaintiff cannot attempt to repeatedly relitigate the same issues by filing scores of motions seeking the same or similar relief. Continued disagreement on plaintiff's part is not appropriate grounds for filing what amounts to yet another motion for reconsideration. Accordingly, his request is hereby denied.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |