O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE O. BROWN,<br><br>                Plaintiff,<br>    vs.<br>R. HOOPS, et al.,<br>                Defendants. | Case No. CV 11-5415-CAS (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a <u>de novo</u> determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

///
///
///
///
///

IT THEREFORE IS ORDERED that plaintiff Ronnie O. Brown is hereby deemed a vexatious litigant.[1] The Clerk of the Court shall no longer accept for filing any further motions and/or any further requests for affirmative relief in this action, as well as any civil rights complaints, or any in forma pauperis applications by plaintiff in the Central District of California unless plaintiff has filed a Motion for Leave to File and a Judge of this Court has granted leave for plaintiff to file the document.

DATED: September 20, 2013

*Christina A. Snyder*

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

---

[1] As explained in the Court's Order to Show Cause, plaintiff has apparently used different names in his actions, including "Ronnie Brown," "Ronnie O. Brown," "Ronnie O'Neal Brown," "Rodney Brown," and "Ronson Brown." Plaintiff should be declared a vexatious litigant regardless of the name he uses for purposes of filing a civil rights action.