JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE O. BROWN, | Case No. CV 11-5415-CAS (DTB) |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| R. HOOPS, et al., | |
| Defendants. | |

Pursuant to the Order Re: Terminating Sanctions filed September 10, 2013, IT IS ADJUDGED that this action is dismissed pursuant to Fed. R. Civ. P. 37(b)(2) with prejudice.

DATED: September 20, 2013

_/s/ Christina A. Snyder_
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

1